UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-CR-6 |
| | ) | Phillips |
| AHMED WILLIAMS | ) | |

**ORDER**

On October 21, 2010, the Court imposed a term of imprisonment of 120 months, taking into account the defendant's substantial assistance. Now pending before the Court is the motion of the United States, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, for a reduction of sentence due to the defendant's further substantial assistance [Doc. 73].[1] The defendant has not filed a response.

The Court has carefully reviewed the government's motion, taking into account all of the factors set forth in section 5K1.1(a) of the United States Sentencing Commission Guidelines Manual. Most particularly, the Court has considered the significance and usefulness of the defendant's assistance, the nature and extent of that assistance, the truthfulness, completeness, and reliability of the assistance, and the government's evaluation. Having considered all those factors, the Court concludes that the government's recommendation of a further reduction of 17 percent is appropriate and is consistent with the substantial assistance reductions awarded by this Court in similar circumstances.

---

[1] All filings pertaining to the instant motion have been made under seal.

For these reasons, the government's motion [Doc. 73] is **GRANTED**. The defendant's sentence of imprisonment is **REDUCED** to **90 months**. Except as provided herein, all provisions of the judgment dated October 21, 2010, shall remain in effect.

IT IS SO ORDERED.

    s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE